# United States District Court
### EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE

| | |
|---|---|
| JOSEPH COLLINS and SHAWN BURKHART, as personal representatives and next of kin of JOSEPH LOU COLLINS BURKHART, deceased,<br>    Plaintiffs,<br><br>v.<br><br>CLAIBORNE COUNTY, TENNESSEE,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br><br><br>CASE NUMBER: 3:22-cv-358 |

[X]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the jury unanimously finds by a preponderance of the evidence that the Defendant is not liable for a violation of Joseph Burkhart's Fourteenth Amendment right to adequate medical care.

| | |
|---|---|
| <u>January 22, 2026</u><br>Date | <u>LeAnna R. Wilson, Clerk of Court</u><br> s/ Jason Huffaker, Deputy Clerk |